PROB 12C
(7/93)

Report Date: March 23, 2016

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patricia S. Anyan                              Case Number: 0980 2:14CR00168-TOR-27

Address of Offender:                         Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 1, 2015

Original Offense:         Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344

Original Sentence:        Prison - 11 months              Type of Supervision: Supervised Release
                          TSR - 48 months

Asst. U.S. Attorney:      George J. C. Jacobs, III        Date Supervision Commenced: January 19, 2016

Defense Attorney:         Federal Defender's Office       Date Supervision Expires: January 18, 2020

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or seat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Patricia Anyan violated the terms of her supervised release in Spokane, Washington, on or about February 5, 2016, by consuming methamphetamine, a controlled substance. |
| 2 | **Special Condition # 16**: Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or seat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Patricia Anyan violated the terms of her supervised release in Spokane, Washington, on or about March 16, 2016, by failing to submit to a random urinalysis test. |

Prob12C
**Re: Anyan, Patricia S**
**March 23, 2016**
**Page 2**

      3      **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

            **Supporting Evidence**: Patricia Anyan violated the terms of her supervised release in Spokane, Washington, on or about March 18, 2016, by failing to report a change in residence. Currently, her whereabouts are unknown and it appears she has absconded from supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/23/2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

March 23, 2016
Date