PROB 12C
(7/93)

Report Date:  June 2, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patricia S. Anyan                    Case Number: 0980 2:14CR00168-TOR-27

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 1, 2015

Original Offense:        Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344

Original Sentence:       Prison 11 months;              Type of Supervision: Supervised Release
                         TSR - 48 months

Asst. U.S. Attorney:     George J. C. Jacobs, III       Date Supervision Commenced: January 19, 2016

Defense Attorney:        Federal Defender's             Date Supervision Expires: January 18, 2020

---

### PETITIONING THE COURT

        **To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/23/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Patricia Anyan violated the terms of her supervised release in Spokane, Washington, on or about April 5, 2016, by failing to report during the month of April and May 2016. |
| 5 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Patricia Anyan violated the terms of her supervised release in Spokane, Washington, on or about March 23, 2016, by being unsuccessfully discharged from outpatient treatment at Alcohol Drug Education and Prevention (ADEPT). |

Prob12C
**Re: Anyan, Patricia S**
**June 2, 2016**
**Page 2**

6     **Special Condition #14:** Defendant shall complete a mental health evaluation and follow any treatment recommendation of the evaluating professional which do not require forced of psychotropic medication and/or inpatient confinement, absent further order of the court.  Defendant shall allow reciprocal release of information between the supervising officer and treatment provider.  Defendant shall contribute to the cost of treatment according to her ability to pay.

**Supporting Evidence:** Patricia Anyan violated the terms of her supervised release in Spokane, Washington, on or about March 24, 2016, by being unsuccessfully terminated from mental health treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 2, 2016

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

June 2, 2016

Date