PROB 12C
(6/16)

Report Date: March 6, 2017

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/6/17

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Patricia S Anyan | Case Number: 0980 2:14CR00168-TOR-27 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: | Prison - 11 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 23, 2016) | Prison - 8 months; TSR - 40 months | |
| Asst. U.S. Attorney: | Alison Gregoire | Date Supervision Commenced: February 9, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 8, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #25:** Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Patricia Anyan violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about February 9, 12 and 15, 2017. |
| 2 | **Special Condition #19:** You shall reside in a residential reentry center (RRC) or inpatient treatment facility for a period of up to 180 days at the direction of the supervising officer. You shall abide by the rules and requirements of the facility and shall participate in the programs offered by the facility at the direction of the supervising officer. |

Prob12C
**Re: Anyan, Patricia S**
**March 6, 2017**
**Page 2**

**Supporting Evidence**: Patricia Anyan violated the terms of her supervised release on or about March 5, 2017, by failing to return to the Spokane Residential Reentry Center (SRRC), as required.

It appears she has absconded from supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 6, 2017

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

March 6, 2017
Date