PROB 12C
(6/16)

Report Date: March 22, 2018

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Patricia S Anyan    Case Number: 0980 2:14CR00168-TOR-27

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: | Prison - 11 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 23, 2016) | Prison - 8 months<br>TSR - 40 months | |
| Asst. U.S. Attorney: | Scott Travis Jones | Date Supervision Commenced: February 9, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 8, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Standard Condition # 12**: The defendant must live at a place approved by the probation officer.  If the defendant plans to change where he or she lives, or anything about his or her living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.
 | **Supporting Evidence**: On February 9, 2017, Patricia Anyan's term of supervised release commenced.  On February 14, 2017, a supervision intake was completed.  The conditions of probation and supervised release were reviewed with her and she signed a copy of the judgment acknowledging an understanding of the conditions imposed by the Court, which includes standard condition number 12, as noted above.
 | Ms. Anyan violated the terms of her supervised release by failing to report a change in residence on or about March 19, 2018, or since.

Prob12C
**Re: Anyan, Patricia S.**
**March 22, 2018**
**Page 2**

Ms. Anyan has been residing at Anna Ogden Hall, which provides clean and sober living as well as a wealth of resources and support.

On March 20, 2018, the undersigned officer was contacted by Ms. Anyan's counselor at Anna Ogden Hall. She advised, on March 19, 2018, Ms. Anyan failed to return to the facility by curfew (9 p.m.). Ms. Anyan did not make contact with the undersigned officer to report a change in address.

It appears Ms. Anyan has absconded from supervision. Her whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 22, 2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*
Signature of Judicial Officer

March 23, 2018
Date