# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: March 9, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Patricia S. Anyan | Case Number: 0980 2:14CR00168-TOR-27 |

Address of Offender: 3329 N. Woodruff, Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: | Prison - 11 months;<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(06/23/2016) | Prison - 8 months;<br>TSR - 40 months | |
| Revocation Sentence:<br>(10/25/2018) | Prison- 8 months;<br>TSR - 12 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: March 29, 2019 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: March 28, 2020 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Patricia Anyan violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about March 3, 3020. |
| | On March 29, 2019, supervision commenced in this matter. On April 1, 2019, a supervision intake was completed with Ms. Anyan. She signed a copy of her judgment indicating acknowledgment and understanding of the conditions imposed by the Court, including special condition number 7, as noted above. |

On March 3, 2020, Ms. Anyan reported and admitted that on March 1, 2020, was the date of her last use of illicit substances. On March 5, 2020, Patricia Anyan contacted the undersigned. She advised that she was scheduled to submit to testing at Pioneer that date, but inquired whether she should report for testing since she would still reveal positive. The undersigned reminded Ms. Anyan that her last use was previously reported on March 1, 2020, therefore, testing on March 3, 2020, should result in negative results. Ms. Anyan indicated she used on March 3, 2020. She was directed to appear for testing at Pioneer; Ms. Anyan complied and submitted to urinalysis testing which tested presumptive positive for methamphetamine. She then signed a drug use admission form admitting to use on March 3, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/09/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

*Thomas O. Rice*
Signature of Judicial Officer

March 9, 2020
Date