PROB 12C
(6/16)

Report Date: March 5, 2020

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Patricia S. Anyan | Case Number: 0980 2:14CR00168-TOR-27 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 | |
| Original Sentence: | Prison - 11 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 23, 2016) | Prison - 8 months TSR - 40 months | |
| Revocation Sentence: (October 25, 2018) | Prison - 8 months TSR - 12 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: March 29, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: March 28, 2020 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Patricia Anyan violated the terms of her supervised release by failing to appear for a random urinalysis test on or about February 19, 2020. |
| | On March 29, 2019, supervision commenced in this matter. On April 1, 2019, a supervision intake was completed with Ms. Anyan. She signed a copy of her judgment indicating acknowledgment and understanding of the conditions imposed by the Court, including special condition number 7, as noted above. |

Prob12C
Re: Anyan, Patricia S.
March 5, 2020
Page 2

On November 7, 2019, Ms. Anyan was placed on the phase drug testing schedule with Pioneer Counseling Services (PCS). Ms. Anyan was directed to call the testing line daily and to report for testing the same day if required.

On February 19, 2020, Ms. Anyan failed to appear for a random urinalysis test at PCS.

2 **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Patricia Anyan violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about February 24, and March 1, 2020.

On March 29, 2019, supervision commenced in this matter. On April 1, 2019, a supervision intake was completed with Ms. Anyan. She signed a copy of her judgment indicating acknowledgment and understanding of the conditions imposed by the Court, including special condition number 7, as noted above.

On February 25, 2020, Ms. Anyan reported to the U.S. Probation Office. She submitted to a urinalysis test, which tested presumptive positive for methamphetamine. Ms. Anyan denied use and the sample was sent to the lab for additional testing.

The lab report confirmed a positive presence for methamphetamine.

On March 3, 2020, Ms. Anyan reported and signed a drug use admission form admitting to methamphetamine use on February 24, and March 1, 2020.

3 **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Patricia Anyan violated the terms of her supervised release by consuming a controlled substance, heroin, on or about March 1, 2020.

On March 29, 2019, supervision commenced in this matter. On April 1, 2019, a supervision intake was completed with Ms. Anyan. She signed a copy of her judgment indicating acknowledgment and understanding of the conditions imposed by the Court, including special condition number 7, as noted above.

On March 1, 2020, Ms. Anyan reported to the U.S. Probation Office. She submitted to a urinalysis test, which tested presumptive positive for opiates and methamphetamine. Ms. Anyan initially denied use, other than methamphetamine use (see violation number 2 noted above); however, she ultimately admitted to consuming heroin on March 1, 2020. She then signed a drug use admission form.

Prob12C
**Re: Anyan, Patricia S.**
**March 5, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 5, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice* (signature)

Thomas O. Rice, Chief U.S. District Judge

March 5, 2020

Date